**Form 723**[ODSM – Ch 13 NOD]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

    Corbin William Archer and Lisa Ann–Collet Archer
        Debtor(s).

Case No. 23–25897 PH
Chapter 13

ORDER OF DISMISSAL

    Based on Debtors Corbin William Archer and Lisa Ann–Collet Archer having failed to comply with one or more of the requirements of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules and notice having been properly given, THE COURT HEREBY ORDERS:

    Debtors Corbin William Archer and Lisa Ann–Collet Archer in the above–captioned case are dismissed without prejudice and, if there is no confirmed plan, the Trustee is directed to disburse all remaining funds on hand, if any, in compliance with Local Rule 2083–1(d)(9)(A). Attorney's fees in an amount up to $2,500.00 are awarded less any pre–petition retainer paid to debtor's counsel, which will be disbursed pursuant to Local Rule 2083–1(d)(9)(A); or

    If there is a confirmed plan, all funds in this case posted to the Trustee's account on or before the date of entry of this order shall be disbursed by the Trustee according to the terms of the confirmed plan. Funds received by the Trustee after the entry of this order shall be refunded to the debtor(s).

Dated and Entered on: February 2, 2024

United States Bankruptcy Judge