**SARAH J LARSEN (Utah Bar Number 08231)**
**HUNTSMAN LOFGRAN WALTON, PLLC**
623 E Ft. Union Blvd, Suite 201
Midvale, UT 84047
Telephone (801) 838-8900
Sarah@hlw.law
*Attorney for Corbin and Lisa Archer*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In Re:<br>CORBIN WILLIAM ARCHER and<br>LISA ANN-COLLET ARCHER,<br><br>　　　　Debtors. | Case Number 23-25897<br><br>Chapter 13<br><br>Judge Peggy Hunt |

***EX PARTE* MOTION TO EXTEND TIME TO FILE THE PAPERS REQUIRED BY FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 2016**

　　　　COMES NOW Debtors, Corbin and Lisa Archer, by and through their attorney of record, Sarah J Larsen, of Huntsman Lofgran Walton, PLLC, and hereby move the court for an Order to extend the deadline to file all the papers required in their Chapter 13 bankruptcy case. This Motion is based upon the following grounds and for the following reasons:

1. Debtors filed a Chapter 13 bankruptcy on December 22, 2023, on an emergency basis to stop some aggressive creditors.

2. Debtors and their Counsel were finalizing the paperwork for the bankruptcy case when Counsel became very ill and was out of the office for over a week. It was Counsel's fault and only Counsel's fault that the objection was not prepared and filed to the Trustee's

- 1 -

    Motion to Dismiss. The objection deadline was February 1, 2024. As a result, the case was dismissed on February 2, 2024.

3. Debtors wish to move forward with their case and Counsel will be filing a Motion to Vacate Dismissal. Counsel is filing this Motion on Debtors' behalf since the 521(i) deadline is today and an attempt to vacate the dismissal will be moot if the case will automatically be dismissed upon reinstatement.

WHEREFORE, Debtors and their counsel respectfully request that the court extend the deadline for filing their bankruptcy deficiencies until February 12, 2024, so Debtors and Counsel can prepare and file a Motion to Vacate Dismissal plus file any missing paperwork in the bankruptcy case.

**HUNTSMAN LOFGRAN WALTON, PLLC**

By /s/ Sarah J. Larsen
Sarah J Larsen, Attorney