Michael R. Lofgran (10820)
**Huntsman | Lofgran | Walton** PLLC
623 East Fort Union Blvd., Suite 201
Midvale, Utah 84047
Telephone:      801.838.8900
Facsimile:       801.850.0993
Email:            [michael@hlw.law](michael@hlw.law)

*Attorney for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 23-25897 |
|---|---|
| CORBIN WILLIAM ARCHER AND LISA-ANN COLLET ARCHER | Chapter 13 |
| | Hon. PEGGY HUNT |
| Debtors. | |

## MOTION TO WITHDRAW AS COUNSEL

1. Pursuant to Local Rule 2091-2, Michael R. Lofgran ("counsel"), hereby moves to withdraw as counsel for:

    Client Name:         Corbin and Lisa-Ann Archer
    Address:                3861 E Evelyn Dr.
    City, State, Zip:     Salt Lake City, UT 84124

2. The reasons for withdrawal are as follows:

    a. Huntsman | Lofgran | Walton, PLLC is closing the bankruptcy law section of its practice, currently, and will be referring all bankruptcy clients to other counsel.

    b. Sarah Larsen, who was handling bankruptcies for Huntsman | Lofgran | Walton, PLLC, is no longer an attorney for the firm.

    c. Sarah Larsen has indicated that she will continue to practice bankruptcy law through her company, Utah Bankruptcy Law Center, PLLC. She is willing to continue representing Client in this case.

    d. Clients in this matter have been notified of the change and have been advised that Ms. Larsen will continue to represent them, or that clients may retain new counsel if they wish.

3. In the event this motion is granted, and unless and until Clients file a notice with the court that they wish to appear pro se, or until another attorney files an appearance of counsel on Clients' behalf, the attorney of record in this case will be:

> Sarah J. Larsen (08231)
> Utah Bankruptcy Law Center, PLLC
> PO Box 65817
> Salt Lake City, UT 84165
> (801) 335-5371
> sarah.larsen@utahbankruptcylawcenter.com

Please direct all future communications and notices accordingly.

4. Ms. Larsen will be filing a formal appearance of counsel, forthwith.

5. Pursuant to Local Rule 9011-2(a), no corporation, association, partnership, limited liability company, or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

6. A copy of this motion has been served on Clients at the address above.

Dated this 12th Day of March, 2024.

**HUNTSMAN | LOFGRAN | WALTON** <sup>PLLC</sup>

/s/ *Michael R. Lofgran*
MICHAEL R. LOFGRAN
*Attorney for Debtor*

## CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE

I hereby certify that on March 12th, 2024, I electronically filed the foregoing Motion to Withdraw as Counsel with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system, which sent notice upon those registered with the ECF system, including the Bankruptcy Trustee and the US Trustee.

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on March 12th, 2024, I caused to be served a true and correct copy of the foregoing Motion to Withdraw as Counsel via U.S. First-class mail, postage pre-paid, addressed to:

> Corbin and Lisa-Ann Archer
> 3861 E. Evelyn Dr.
> Salt Lake City, UT 84124

/s/ *Jennifer Kijek*
JENNIFER KIJEK
*Paralegal for Michael R. Lofgran*
