**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Corbin William Archer |
| Debtor 2 (Spouse, if filing) | Lisa Ann-Collet Archer |
| United States Bankruptcy Court for the: | District of Utah (State) |
| Case number | 23-25897 |

# Official Form 410S1

## Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association

**Court claim no.** (if known): 1-1

**Last four digits** of any number you use to identify the debtor's account: 4155

**Date of payment change:** Must be at least 21 days after date of this notice: 02/01/2024

**New total payment:** Principal, interest, and escrow, if any  $790.18

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment:  $ _____    New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %    New interest rate: _____ %
   Current principal and interest payment:  $ _____    New principal and interest payment:  $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Minimum payment calculation based on balance and days in billing cycle.
   Current mortgage payment:  $790.54    New mortgage payment:  $790.18

| Debtor 1 | Corbin William Archer | Case Number *(if known)* | 23-25897 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Natalie E. Lea
Signature

Date: 01/09/2024

Print: Natalie E. Lea
First Name   Middle Name   Last Name

Title: Authorized Agent for U.S. Bank National Association

Company: Bonial & Associates, P.C.

Address: 14841 Dallas Parkway, Suite 350
Number   Street

Dallas, Texas  75254
City   State   Zip Code

Contact phone: (972) 643-6600     Email: POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 10, 2024 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Corbin William Archer
3861 E Evelyn Dr.
Salt Lake City, UT 84124

**Debtor**           *Via U.S. Mail*
Lisa Ann-Collet Archer
3861 E Evelyn Dr.
Salt Lake City, UT 84124

**Debtors' Attorney**
Michael R. Lofgran
Huntsman Lofgran Walton, PLLC
623 East Fort Union Blvd
Ste 201
Midvale, UT  84047

**Chapter 13 Trustee**
Lon Jenkins tr
Ch. 13 Trustee's Office
465 South 400 East
Suite 200
Salt Lake City, UT 84111

Respectfully Submitted,

/s/  Natalie E. Lea

## Notice of Mortgage Payment Change: Addendum

The monthly payment consists of accrued finance charges on the Principal Balance as defined in the agreement attached to the Proof of Claim. As such, ongoing post-petition payments can change each month depending on the account balance during each billing cycle.